AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

## DISTRICT OF NEVADA

United States of America  )
v.  )
**MIGUEL MACIAS**  )  Case No: 2:11-cr-00387-HDM-PAL
 )  USM No: 46360-048
 )
Date of Original Judgment: 09/20/2012  )
Date of Previous Amended Judgment: _____  )  Richard A. Schonfeld
*(Use Date of Last Amended Judgment if Any)*  )  *Defendant's Attorney*

### ORDER and MODIFIED JUDGMENT
### REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☑ and stipulation by the parties ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   70 months, per count,   **is reduced to**   57 months, per count,   .

concurrent to each other and concurrent to the Defendant's Case No. 2:11-cr-00388-APG-CWH

concurrent to each other and concurrent to the Defendant's Case No. 2:11-cr-00388-APG-CWH

Except as otherwise provided, all provisions of the judgment dated   09/20/2012   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   3/12/15

Judge's signature

Effective Date:   11/01/2015
*(if different from order date)*

Howard D. McKibben, Senior U.S. District Judge
*Printed name and title*